USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ALEKSANDR SHINDER,               :
                                 :
                    Plaintiff,   :
                                 :
         - v. -                  :        ORDER
                                 :
MICHAEL CHERTOFF, et al.,        :        07 Civ. 5736 (LAK)
                                 :
                    Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY ORDERED, that the time for the defendants to file their answer or motion with respect to the complaint in the above-captioned action shall be extended until October 23, 2007.

SO ORDERED:

_____ 8/23/2007
LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
**LAURA TAYLOR SWAIN U.S.D.J.** Part 1