KAPLAN, J

DEC-06-2007 18:18    US ATTORNEYS OFFICE                    212    P.02

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ANDREW M. McNEELA,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2741
Email: andrew.mcneela@usdoj.gov

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
ALEKSANDR SHINDER,                          :

            Plaintiff,     :    STIPULATION AND
                                                          ORDER OF DISMISSAL
     - v. -                                    :
                                                          07 Civ. 5736 (LAK)
MICHAEL CHERTOFF, et al.,                 :

            Defendants.    :
------------------------------------------------------x

    IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
       December 14, 2007

                                               LAW OFFICE OF ALBERT
                                               FEINSTEIN
                                               Attorneys for Plaintiff

                                 By:  _____
                                              ALBERT FEINSTEIN, ESQ.
                                              303 Fifth Avenue, Suite 1807
                                              New York, NY 10016
                                              Tel. No. (212) 224-0224

Dated: New York, New York
       December 7, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
ANDREW M. McNEELA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2741

SO ORDERED:

_____
HON. LEWIS A. KAPLAN
United States District Judge

--2--